# Court of Appeals
# of the State of Georgia

ATLANTA,     March 10, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0276.  KEVIN CLEARY v. CYNTHIA MARIE BURKE.**

Kevin Cleary filed this discretionary application seeking to challenge a stalking protective order that was entered against him.  A discretionary application, however, was not necessary.  Based on the application materials provided, it appears that the protective order did not arise out of a domestic relations matter that would be subject to the discretionary appeal procedures in OCGA § 5-6-35 (a) (2).  See OCGA § 19-1-1 (a) (defining the term "domestic relations action"); *Schmidt v. Schmidt*, 270 Ga. 461 (510 SE2d 810) (1999) (an application for discretionary appeal is required to challenge a family violence protective order).  Moreover, we have consistently treated temporary stalking protective orders as directly appealable.  See *Thornton v. Hemphill*, 300 Ga. App. 647 (686 SE2d 263) (2009); *Rawcliffe v. Rawcliffe*, 283 Ga. App. 264 (641 SE2d 255) (2007); *McKlin v. Ivory*, 266 Ga. App. 298 (596 SE2d 673) (2004); *Johnson v. Smith*, 260 Ga. App. 722 (580 SE2d 674) (2003).  Accordingly, Cleary's application is ordered GRANTED pursuant to OCGA § 5-6-35 (j).

Kevin Cleary shall have 10 days from the date of this order to file a notice of appeal, if he has not already done so.  If Cleary has already filed a notice of appeal, he need not file a second notice.  The Clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*     03/10/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*